BWW#: 136223

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                                                          Case No. 12-36455-KRH

LETITIA D. BROWN AKA LETITIA DENISE BROWN
    Debtor                                                                             Chapter 7

---

WELLS FARGO BANK, NA
    Movant

vs.

LETITIA D. BROWN AKA LETITIA DENISE BROWN
    Debtor/Respondent
and
KEITH L. PHILLIPS
    Trustee/Respondent

_____

## TOTAL DEBT WORKSHEET

| | |
|---|---:|
| Unpaid Principal Balance | $197,027.79 |
| Interest | $2,873.32 |
| (From 8/1/2012 @ 4.375% = $2,873.32) | |
| Late Fees | $146.58 |
| Escrow Advance Balance | $0.00 |
| Pro Rata MIP/PMI | $132.78 |
| Corporate Advance Balance | $0.00 |
| Less:  Suspense Balance | $0.00 |
| **TOTAL:** | **$200,180.47** |