**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **In re:  LETITIA DENISE BROWN,** | Case No. 12-36455-KRH |
|  | **Chapter 7** |
| **Debtor.** |  |

## ORDER TO SHOW CAUSE

On November 9, 2012, Letitia Denise Brown (the "Debtor"), filed a voluntary petition under Chapter 7 of the United States Code in the United States Bankruptcy Court for the Eastern District of Virginia (the "Court").  The Debtor received a discharge on February 25, 2013.  On August 28, 2021, the Debtor, through counsel, filed a *Motion to Reopen Case* (the "Motion to Reopen") [ECF No. 24].  At a hearing on the Motion to Reopen on September 29, 2021, the Court granted the relief requested and entered an order reopening the case on October 5, 2021.  On October 5, 2021, the Debtor, through counsel, filed a *Motion to Avoid Lien* (the "Motion to Avoid Lien") [ECF No. 35] to avoid a judicial lien on the Debtor's real property.  By email dated November 1, 2021, at 3:22 p.m., *see* Exhibit A, the Debtor properly requested, and subsequently received, authorization to appear at the November 3, 2021, hearing on the Motion to Avoid Lien (the "November 3 Hearing").  At the November 3 Hearing, the Court granted the Motion to Avoid Lien, entering an order avoiding the lien [ECF No. 53].

On November 22, 2021, the Debtor, through counsel, filed a *Motion to Dismiss Case* (the "Motion to Dismiss") [ECF No. 55], which was scheduled for hearing on December 8, 2021 (the "December 8 Hearing").[1]  On December 8, 2021, the Debtor transmitted via email to the Court a completed requested form, seeking authorization appear at the December 8 Hearing via Zoom for Government.  *See* Exhibit B.  The Debtor requested the Court to "[p]lease when possible resend

---

[1]  At the December 8 Hearing, the Debtor, through counsel, withdrew the Motion to Dismiss.

the Zoom invitation to the request previously sent to participate with today's hearing." This email included what appeared to be a forwarded email from the Debtor to the Court, dated December 1, 2021, at 6:22 p.m., requesting registration for the December 8 hearing. The Court has no record of receiving such email. The Court notes that the font on the "forwarded message" appears to indicate alterations to the date and time the message was sent, consistent with revisions to the email the Debtor had sent on November 1, 2021, at 3:22 p.m. In consideration whereof, it is

**ORDERED** that Debtor shall appear before the Court on **Wednesday, December 15, 2021, at 12:00 p.m.** and show cause why she should not be held in civil contempt and otherwise sanctioned for perpetrating a fraud upon the Court; and it is further

**ORDERED** that pursuant to the *Protocol in Response to Public Health Emergency*,[2] the foregoing hearing will be conducted via Zoom for Government.[3]

DATED:  December 9, 2021                                       /s/ Kevin R Huennekens
                                                            UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  December 9, 2021

**Copies to:**

**Letitia Denise Brown**
1009 Dominion Townes PL
Richmond, VA 23223

**Henry W. McLaughlin**
Law Office of Henry McLaughlin, PC
707 East Main Street, Ste 1050
Richmond, VA 23219

---

[2] A copy of the Protocol in Response to Public Health Emergency is available on the Court's website at https://www.vaeb.uscourts.gov/sites/vaeb/files/GO20-5Rich.pdf.

[3] Instructions for Zoom appearances before Judge Huennekens are available on the Court's website at https://www.vaeb.uscourts.gov/temporary-emergency-provisions-regarding-zoomgov-remote-proceeding-access-information#KRH.

**John P. Fitzgerald, III**
Office of the US Trustee
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

Case 12-36455-KRH    Doc 62    Filed 12/09/21    Entered 12/09/21 10:25:21    Desc Main
Document    Page 3 of 9

**EXHIBIT A**

| | |
|---|---|
| **From:** | Letitia Brown <brown.letitia@gmail.com> |
| **Sent:** | Monday, November 01, 2021 3:22 PM |
| **To:** | VAEBml KRH-Zoom |
| **Subject:** | Case 12-36455 Zoom Request |
| **Attachments:** | Case Number 12-36455 _Brown.pdf |

**CAUTION - EXTERNAL:**

Please find the attached Zoom access request.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Request for Zoom Registration Link for Court Appearances Before the United States Bankruptcy Court for the Eastern District of Virginia

Person(s) Seeking to Register:[1]  Letitia Brown

Case Name: Letitia Brown

Case Number: 12-36455

Hearing / Trial Date: November 3, 2021

Hearing / Trial Time: 1200p    ☐ AM or ☑ PM

Method of Attendance (*Check one*):
☐ Computer Only
☐ Telephone Only
☑ Computer and Telephone

---

[1] Each person wishing to appear must separately register using the registration link.

**EXHIBIT B**

**From:** Letitia Brown <brown.letitia@gmail.com>
**Sent:** Wednesday, December 08, 2021 8:34 AM
**To:** VAEBml KRH-Zoom
**Subject:** Fwd: Case 12-36455 Zoom Request
**Attachments:** Case 12-36455-KRH.pdf

**CAUTION - EXTERNAL:**

Good morning,

Please when possible resend the Zoom invitation to the request previously sent to participate with today's hearing. Thank you.

Letitia Brown

---------- Forwarded message ---------
From: **Letitia Brown** <brown.letitia@gmail.com>
Date: Wed, Dec 1, 2021 at 6:22 PM
Subject: Case 12-36455 Zoom Request
To: VAEBml KRH-Zoom <EDVABK-ZOOM-Judge_Huennekens@vaeb.uscourts.gov>

Please find the attached Zoom access request.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Request for Zoom Registration Link for Court Appearances Before the United States Bankruptcy Court for the Eastern District of Virginia

Person(s) Seeking to Register:[1]    Letitia D. Brown

Case Name:    Letitia Brown

Case Number:    12-36455-KRH

Hearing / Trial Date:    December 8, 2021

Hearing / Trial Time:    1200    ☐ AM or ☑ PM

Method of Attendance (*Check one*):    ☐ Computer Only
☐ Telephone Only
☑ Computer and Telephone

---

[1] Each person wishing to appear must separately register using the registration link.