**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **In re:  LETITIA DENISE BROWN,** | Case No. 12-36455-KRH |
| | Chapter 7 |
| Debtor. | |

## ORDER

On December 9, 2021, the Court entered an *Order to Show Cause* [ECF No. 62] (the "Order to Show Cause"), requiring Letitia Denise Brown (the "Debtor") to show cause why she should not be held in civil contempt and otherwise sanctioned for perpetrating a fraud upon the Court at a hearing scheduled for December 15, 2021 (the "Hearing").  The Debtor appeared at the Hearing, testified under oath, and apologized to the Court.  The Court being satisfied with the Debtor's explanation and assured that it will not happen again, hereby

**ORDERS** that the Order to Show Cause is **DISMISSED**.

DATED: December 16, 2021               /s/ Kevin R. Huennekens
                                                                  UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  December 17, 2021

**Copies to:**

**Letitia Denise Brown**
1009 Dominion Townes PL
Richmond, VA 23233

**Henry W. McLaughlin**
Law Office of Henry McLaughlin, PC
707 East Main Street, Ste 1050
Richmond, VA 23219

**John P. Fitzgerald, III**
Office of the U.S. Trustee-Region 4-R
701 E. Broad Street, Suite 4304
Richmond, VA 23219

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 12-36455-KRH |
| Letitia Denise Brown | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: baumgartn | Page 1 of 2 |
| Date Rcvd: Dec 17, 2021 | Form ID: pdford6 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Letitia Denise Brown, 1009 Dominion Townes Pl, Richmond, VA 23223-2314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Dec 18 2021 00:28:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2021         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Henry W. McLaughlin, III | on behalf of Debtor Letitia Denise Brown henry@mclaughlinvalaw.com mclaughlinhr92496@notify.bestcase.com;henry4@mclaughlinvalaw.com |
| Keith L. Phillips | keith@pf-law.com  dweekley@pf-law.com;kphillips@ecf.epiqsystems.com;beth@pf-law.com |

District/off: 0422-7 User: baumgartn Page 2 of 2
Date Rcvd: Dec 17, 2021 Form ID: pdford6 Total Noticed: 2

Seth Jackson Marks
    on behalf of Debtor Letitia Denise Brown smarksster@gmail.com
    smarks@paganomarks.com;kdodson@paganomarks.com;pballard@paganomarks.com;btate@paganomarks.com

Stephen F. Relyea
    on behalf of Creditor WELLS FARGO BANK  NA ecf@bolemanlaw.com,
    ecfbackup@bolemanlaw.com;sfrelyea@bolemanlaw.com;relyeasr71011@notify.bestcase.com

TOTAL: 4